AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

## For The District of Columbia

**UNITED STATES OF AMERICA**

V.

Qiyao Yuan
DOB: 7/13/62
PDID: 572956

**CRIMINAL COMPLAINT**

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief.   On or about <u>April 1, 2005 through present</u> in <u>Washington, D.C.</u>  county, in the

District of <u> Columbia </u> defendant(s) did, (Track Statutory Language of Offense)

There is probable cause to believe that, in the District of Columbia and elsewhere, the defendant, Abdul Jalil Waziry, did knowingly and voluntarily conspire with others intentionally to traffic in goods and knowingly to use counterfeit marks on and in connection with such goods, in violation of Title 18, United States Code, Sections 371 and 2320, and that, in furtherance of the conspiracy and to accomplish its unlawful objects, the defendant and his co-conspirators, committed, within the District of Columbia, at least one overt act.

in violation of Title <u>   18   </u> United States Code, Section(s) <u>   § 371   </u>.

I further state that I am <u>  Cynthia Paige Pinson, Special Agent with the Federal Bureau of Investigation  </u> and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:      ☒ Yes      ☐ No

Signature of Complainant

AUSA, John Carlin   (202) 353-2457

Sworn to before me and subscribed in my presence,

Cynthia Paige Pinson, Special Agent
Federal Bureau of Investigations

at     <u>  Washington, D.C.  </u>

_____
Date

City and State

_____
Name & Title of Judicial Officer

Signature of Judicial Officer