SP 3143 '05

05-599M

YUAN, QIYAO
Lockup Nbr: 10
PDID: 0572956

DOB:

CR: 149995

**Superior Court of the District of Columbia**
**CRIMINAL DIVISION**
**SPECIAL PROCEEDINGS**

| Papers / Count(s) | Court File Date **NOV 1 1 2005** | LOCK UP **L-10** | PDID _____ DOB _____ CCR _____ |
|---|---|---|---|
| Charges Filed | ☐ CITATION  ☐ BOND  ☐ Collateral $ ____ Page ____ | | |
| (any) | DEFENSE COUNSEL  ☐ PRO SE | CODE   S C A R   DATE WITHDRAWN | |
| demeanor | 1. _____ | ☐ ☐ ☐ ☐ | |
| fic | 2. _____ | ☐ ☐ ☐ ☐ | |
| A | PROSECUTOR | CODE | ASSIGNED TO JUDGE |
| B | 1. _____ | | |
| C | 2. _____ | | Cal. Number |
| D | ☐ Defendant informed of rights pursuant to Superior Court Rule 5 (b) including the right to counsel. | | ☐ LINEUP ORDER FILED |
| E | | | ☐ Sworn Statement Filed Rule 5(c) Determination |
| F | Count(s) _____ | PLEA: ☐ Not Guilty  ☐ Guilty, JUDGMENT Guilty | ☐ Made  ☐ Waived |
| G | CONTINUED DATE | BOND CONDITIONS | |
| H | PREL. HEARING | BOND AMOUNT $ | |
| I | STATUS HEARING | ☐ CASH ____ %  ☐ SURETY | |
| | JURY TRIAL | ☒ PERSONAL RECOGNIZANCE | |
| PROBATION | NON-JURY | ☐ Third Party Custodian | |
| ☐ 163 FILED | | ☐ Contribution Ordered | |
| ntence Date | ☒ Defendant Advised of Penalties for Failure to Appear. | | |
| port Due Date | C 11-14-05 9AM DIST. CT. | | |
| e Jacket Ready For Probation | | | |
| e Received in Probation | Count(s) _____ Nolle Prosequi Prosecutor: _____ | | |
| e Jacket Returned to Crim. Div. | COURT REPORTER   TAPE ☐   CLERK   JUDGE/COMM. C10   M   JACKSON | | |
| | ☐ NEW COMMITMENT  ☐ BACK TO JAIL O.C.  ☐ RELEASE EXECUTED  ☐ NOT IN CUSTODY | | |
| Diversion Date Admitted | DISPOSED | PENDING | |
| | CLOSED CONT. PAY ShowCause B/W | Status Jury Non-Jury Sent. Others Updated | |
| DATE: | FINAL DISPOSITION ONLY | | |

FILED
NOV 1 4 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| ount(s) _____ Nolle Prosequi Prosecutor: _____ |
| OURT REPORTER  TAPE ☐  CLERK  JUDGE/COMM. |
| ☐ NEW COMMITMENT EXECUTED  ☐ BACK TO JAIL O.C.  ☐ RELEASE EXECUTED  ☐ NOT IN CUSTODY |