FO 1089364

AO442( 2/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.

Qiyao Yuan

**WARRANT FOR ARREST**

CASE NUMBER: 05 - 0599M - 01

To:    The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest_____Qiyao Yuan_____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment    ☐ Information    ☒ Complaint    ☐ Order of Court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense)

See Attached Affidavit

FILED

NOV 1 4 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

in violation of Title 18 United States Code, Section(s) § 371 .

ALAN KAY
U.S. MAGISTRATE JUDGE

Name of Issuing Officer

Signature of Issuing Officer

ALAN KAY
U.S. MAGISTRATE JUDGE

Title of Issuing Officer

NOV 09 2005 District of Columbia

Date and Location

Bail fixed at $ _____    by _____

Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 11·9·05 | SEAN McLEOD SDUSM | S. S. M·L |
| DATE OF ARREST |  |  |
| 11·14·05 |  |  |