AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

_____for the_____ DISTRICT OF __Columbia__

UNITED STATES OF AMERICA

v.

Qiyao Yuan

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 05-599M-01

**FILED**

MAR 1 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, __Qiyao Yuan__, charged in a (complaint) (petition) pending in this District with __Conspiracy__ in violation of Title __18__, U.S.C., __371__,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_____
Defendant

3-10-06
Date

_____
Counsel for Defendant
G. Allen Dale