UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | |
| | : | Charges: |
| | : | 18 U.S.C. §§ 371, 2319 (Conspiracy |
| QIYAO YUAN | : | to Commit Copyright Infringement) |
| a/k/a "CHARLIE" | : | |

INFORMATION

The United States Attorney for the District of Columbia informs the Court:

COUNT ONE
(Conspiracy to Commit Copyright Infringement)

1.  From on or about June 22, 2005, through on or about October 31, 2005, in the District of Columbia and elsewhere, defendant **QIYAO YUAN** a/k/a **"Charlie"** did knowingly and voluntarily, combine, conspire, confederate, and agree with others known and unknown to the United States, willfully, and for purposes of commercial advantage and private financial gain, to infringe a copyright by the reproduction and distribution, during a 180-day period, of at least ten (10) or more copies of one (1) or more copyrighted works, which had a total retail value of more than $2,500, in violation of Title 18, United States Code, Section 2319(a),(b)(1), and Title 17, United States Code, Section 506(a)(1)(A).

OVERT ACTS

2.  In furtherance of the conspiracy, and to effect the objects thereof, defendant committed or caused to be committed the following acts in the District of Columbia:

3.  On October 21, 2005, defendant **QIYAO YUAN**, along with his co-conspirators, sold copyright 100 motion picture DVDs to an undercover officer, which were unauthorized

copies of copyright-protected motion pictures, to an undercover officer, in exchange for $320.00.

All in violation of Title 18, United States Code, Section 371, 2319.

        Respectfully submitted,
        KENNETH L. WAINSTEIN
        United States Attorney
        for the District of Columbia
        D.C. Bar No. 451058

By: _____
        JOHN CARLIN
        Assistant U.S. Attorney
        Computer Hacking and Intellectual Property Unit
        555 4th Street, N.W.
        Washington, D.C. 20530
        202-353-2457

        _____
        CORBIN WEISS
        Senior Counsel, U.S. Department of Justice
        Computer Crime & Intellectual Property Section