UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CR 06-104 |
| vi. | : 05-599M |
| QIYAO YUAN, | : |
| Defendant. | : |

FILED

APR 28 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

This matter comes before the court upon on defendant's motion to amend conditions of release. Based upon defendant's pleading and the entire record herein, it is by this court this ___ day of April, 2006,

ORDERED, that the defendant's Motion be and the same hereby is GRANTED; and it is

FURTHER ORDERED, that the defendant's conditions of release be amended to allow him to travel to and from Zanesville, Ohio one time prior to the next scheduled court hearing; and it is

FUTHER ORDERED, that prior to the trip the defendant is to notify pre-trial services, indicating to pre-trial services when he expects to leave, where he will stay in Zanesville, Ohio, a telephone where he can be reached in Zanesville, Ohio and he is to notify pre-trial services immediately upon his return to the Washington, DC area; and it is

FUTHER ORDERED, that all other conditions of release shall remain in effect.

SO ORDERED!

_____
United States Magistrate Judge

Copies to:

G. Allen Dale
601 Pennsylvania Avenue
Suite 900, NW
Washington D.C. 20006


Corbin Weiss, Esq.
Assistant United States Attorney
1301 New York Ave. NW
Suite 600
Washington, D.C. 20005