AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

DISTRICT OF Columbia

UNITED STATES OF AMERICA
v.
Qiyao Yuan

WAIVER OF INDICTMENT

CASE NUMBER: 06-104

FILED
MAY 2 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, Qiyao Yuan, the above named defendant, who is accused of Conspiracy, 18 USC 371,

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 5-24-06 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant  G. Allen Dale  5-24-06

Before _____
Judicial Officer