UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) |
|  | ) CR. No. 06-104 (ESH/AK) |
| QIYAO YUAN, | ) |
| Defendant. | ) |
|  | ) |

REPORT AND RECOMMENDATION

This matter was referred to a United States Magistrate Judge by the Honorable Ellen Segal Huvelle for the acceptance of a plea to Count One of an Information, alleging a violation of 18 U.S.C. §371 (conspiracy to commit copyright infringement, in violation of 18 U.S.C.§2319 and 17 U.S.C.§506).

Hearing on Plea

The Defendant, Qiyao Yuan, came before the Court on May 24, 2006, represented by counsel, G. Allen Dale. The Government was represented by Assistant United States Attorney John Carlin. For the record, Defendant, Defendant's counsel and Government counsel consented to proceed before the undersigned United States Magistrate Judge, for the purpose of conducting the plea colloquy and accepting the plea. The Court placed Mr. Yuan under oath and ascertained that he was competent to enter a plea to Count One of the Information, and the Court then proceeded to explain the nature of the charge to which the plea was being offered.

The Court followed Rule 11 of the Federal Rules of Criminal Procedure, advising the Defendant of the maximum possible penalty provided by law and ascertaining his awareness of the Sentencing Guidelines and the fact that such Guidelines are no longer mandatory, but should be considered by the sentencing court. The Defendant acknowledged that he wished to waive his

right to a jury trial before a United States District Court Judge and that by entering a plea of guilty, which, if accepted by the District Court, would waive his right to appeal a judgment of guilt.  Defendant acknowledged that he was waiving his constitutional right not to incriminate himself.  The Defendant indicated that the terms and conditions contained in the plea agreement, which was filed and made part of the record in this case, accurately reflected the agreement between himself, his counsel, and the United States and that no other promises, other than what was contained in the plea agreement, had been made to him in order to secure his plea of guilty in this case.  Defendant acknowledged that he conspired to commit copyright infringement.

      The Court found, after advising the Defendant of his rights, Mr. Yuan's plea of guilty to the Count One of the Information was voluntarily and knowingly made and that his admission of guilt encompassed each of the elements of the offense charged in Count One of the Information.

## Recommendation

_____The undersigned recommends that the trial court accept Mr. Yuan's plea of guilty based upon this Court's finding that the plea of guilty was knowingly and voluntarily made by Mr. Yuan, who was found to be competent and that he fully understood the nature and the consequences of entering such a plea.  Following the entry of the plea of guilty, the Court directed that the Defendant's Personal Recognizance Bond be modified.  Defendant was referred to Probation for a Pre-sentencing Investigation.  Defendant will be sentenced by the Honorable Ellen Segal Huvelle on September 6, 2006, at 10:00 a.m., in courtroom 18.

May 24, 2006                                      _____/s/_____
                                                                                                      ALAN KAY
                                                                                                      UNITED STATES MAGISTRATE JUDGE