IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**QUIYAO YUAN** )<br>)<br>Defendants. )<br>) | Case No. 1:06-CR-0104 (ESH) |

### NOTICE OF DEFENDANT'S COUNSEL'S CHANGE OF ADDRESS

TO THE CLERK:  Please take notice that the address for counsel for the Defendant has been changed as follows (telephone and facsimile remain the same):

**Law Offices of G. Allen Dale
601 Pennsylvania Avenue, NW
North Building
9th Floor
Washington, DC  20004**

Respectfully submitted,

_____/s/_____
G. Allen Dale
601 Pennsylvania Avenue, NW
North Building
9th Floor
Washington, DC 20004
Telephone: (202) 638-2900
Facsimile: (202) 783-1654