# EXHIBIT 1

 

MOBIUS > All MERLIN > MU Libraries
MU | M(

 (Search History)

Author    Yuan, Qiyao      MU      [Search]

Record 1 of 2
Record:   Prev Next

| | |
|---|---|
| Author | Yuan, Qiyao, 1962- |
| Title | **Alternative econometric input-output analyses in education : the case of Missouri secondary schools / by Qiyao Yuan.** |
| Published | 1994. |

| LOCATION | CALL # | STATUS |
|---|---|---|
| MU DEPOSITORY | HD1411.Y1994 Y836 | NOT CHECKD OUT |

| | |
|---|---|
| Description | viii, 84 leaves ; 29 cm. |
| Note | Typescript. |
| | Thesis (Ph. D.)--University of Missouri-Columbia, 1994. |
| | Vita. |
| | Includes bibliographical references (leaves 74-83). |
| Subjects | Education, Secondary -- Missouri. |
| | Input-output analysis. |
| Subject | Dissertations, Academic -- University of Missouri--Columbia -- Agricultural economics. |
| OCLC # | 39681826 |

Record 1 of 2
Record:   Prev Next

    
  (Search History)

To: Mr. Dale

# University of Missouri - Columbia

Date: 08/23/2006  Page: 1 of 1

Transcript Office: 130 Jesse Hall, Columbia, Mo 65211-1140 (573) 882-8252, FAX (573) 884-2292
Records Office: 125 Jesse Hall, Columbia, Mo 65211-1140 (573) 882-4249

Name: **Qiyao Yuan**
Student ID: 562685
Date of Birth: 07/13/XXXX
Soc. Sec. Number: XXX-XX-8107
First Term Enrolled: Wint 1991

This transcript has been produced for:
FAX: 202/547-2203

**Degrees Awarded**

University of Missouri - Columbia
PHD - Agricultural Economics  12/18/1994
Sichuan University
BS  07/1983



| Course Number | Course Title | Grade | Hrs | Remarks |
|---|---|---|---|---|
| **Wint 1991** | **Univ of Mo-Col  Grad** | | **Ag Ec** | |
| Econom 426 | International Trade | A | 3.0 | |
| Econom 451 | Advanced Price Theory | A | 3.0 | |
| Econom 453 | Advanced Income Analysis | A | 3.0 | |
| Econom 470 | Mathematical Economics 1 | A | 3.0 | |

| | Hrs Att | Hrs Ern | Qual Pt | GPA |
|---|---|---|---|---|
| Term: | 12.0 | 12.0 | 48.00 | 4.000 |
| Cum: | 12.0 | 12.0 | 48.00 | 4.000 |

| **Fall 1991** | **Univ of Mo-Col  Grad** | | **Ag Ec** | |
|---|---|---|---|---|
| Ag Ec 430 | Advanced Price Analysis | B | 3.0 | * |
| Econom 452 | Adv Micro Econ Theory 2 | A | 3.0 | |
| Econom 454 | Smr:Macroeconomics | A | 3.0 | |
| Econom 472 | Econometric Methods 1 | A | 3.0 | |

| | Hrs Att | Hrs Ern | Qual Pt | GPA |
|---|---|---|---|---|
| Term: | 12.0 | 12.0 | 45.00 | 3.750 |
| Cum: | 24.0 | 24.0 | 93.00 | 3.875 |

| **Wint 1992** | **Univ of Mo-Col  Grad** | | **Ag Ec** | |
|---|---|---|---|---|
| Ag Ec 424 | Adv Production Economics | A | 3.0 | |
| Ag Ec 468 | Resource Econ & Develop | B | 3.0 | |
| Ag Ec 490 | Rsc:Agr Economics | A | 3.0 | * |

| | Hrs Att | Hrs Ern | Qual Pt | GPA |
|---|---|---|---|---|
| Term: | 9.0 | 9.0 | 33.00 | 3.667 |
| Cum: | 33.0 | 33.0 | 126.00 | 3.818 |

| **Fall 1992** | **Univ of Mo-Col  Grad** | | **Ag Ec** | |
|---|---|---|---|---|
| Ag Ec 485 | Ad Tpc:Math Programmng | A | 3.0 | |

| | Hrs Att | Hrs Ern | Qual Pt | GPA |
|---|---|---|---|---|
| Term: | 3.0 | 3.0 | 12.00 | 4.000 |
| Cum: | 36.0 | 36.0 | 138.00 | 3.833 |

| **Wint 1993** | **Univ of Mo-Col  Grad** | | **Ag Ec** | |
|---|---|---|---|---|
| Ag Ec 490 | Rsc:Agr Economics | A | 3.0 | |

| | Hrs Att | Hrs Ern | Qual Pt | GPA |
|---|---|---|---|---|
| Term: | 3.0 | 3.0 | 12.00 | 4.000 |
| Cum: | 39.0 | 39.0 | 150.00 | 3.846 |

**Fall 1993  Univ Iowa**
To Be Granted 36 Hours of Residence
Credit Toward the Doctor of Philosophy
Degree for Graduate Course Work Com-
pleted At the University of Iowa During
The Time Period of 1987-1990.

| **Fall 1993** | **Univ of Mo-Col  Grad** | | **Ag Ec** | |
|---|---|---|---|---|
| Ag Ec 490 | Rsc:Agr Economics | A | 3.0 | * |

Passed Comprehensive Examination-Ag Ec

| | Hrs Att | Hrs Ern | Qual Pt | GPA |
|---|---|---|---|---|
| Term: | 3.0 | 3.0 | 12.00 | 4.000 |
| Cum: | 42.0 | 42.0 | 162.00 | 3.857 |

| **Wint 1994** | **Univ of Mo-Col  Grad** | | **Ag Ec** | |
|---|---|---|---|---|
| Ag Ec 490 | Rsc:Agr Economics | S | 3.0 | |

| | Hrs Att | Hrs Ern | Qual Pt | GPA |
|---|---|---|---|---|
| Term: | 0.0 | 3.0 | 0.00 | |
| Cum: | 42.0 | 45.0 | 162.00 | 3.857 |

| **Sum 1994** | **Univ of Mo-Col  Grad** | | **Ag Ec** | |
|---|---|---|---|---|
| Ag Ec 490 | Rsc:Agr Economics | S | 1.0 | * |

| | Hrs Att | Hrs Ern | Qual Pt | GPA |
|---|---|---|---|---|
| Term: | 0.0 | 1.0 | 0.00 | |
| Cum: | 42.0 | 46.0 | 162.00 | 3.857 |

| **Fall 1994** | **Univ of Mo-Col  Grad** | | **Ag Ec** | |
|---|---|---|---|---|
| Ag Ec 490 | Rsc:Agr Economics | S | 2.0 | |

| | Hrs Att | Hrs Ern | Qual Pt | GPA |
|---|---|---|---|---|
| Term: | 0.0 | 2.0 | 0.00 | |
| Cum: | 42.0 | 48.0 | 162.00 | 3.857 |

This official transcript has been generated for Fax transmittal and bears the signature of the Registrar.