# EXHIBIT 2

Case 1:06-cr-00104-ESH    Document 19-3    Filed 08/24/2006    Page 1 of 4

Mr. Yuan meets with Prince George's County Executive to introduce to visiting Chinese dignitaries.



Mr. Yuan with investors from China and Maryland officials



Mr. Yuan with Lieutenant Governor of Maryland and an automobile executive from China discussing bringing an automobile assembly plant to Maryland.

