# EXHIBIT 3

# Steel and Foam Housing

May 2006

YY Enterprises Inc.
5646A 3rd st NE, Washington DC20011
Tel: 202-547-0805  Fax:202-547-2203
Email: yyenterprises@verizon.net

1. Introduction

YY Enterprises is proudly present the steel and foam housing project to great Washington DC area. This project compose recycled metal and foam(from recycled plastic) into pre-nufactured housing panel.

This building technologies would significantly shorten , simplify and streamline the construction process. This process is very time constraining and labor saving.

1-a. Environmentally friendly housing

Compare to currently wood framing housing, to build a 2000 square feet house, instead of cutting 60 mature trees, this technology consume 4 junk cars and tons of recycled plastic.

High insulation of the foam wall and roof would cut the utility bill 50% for the home owners.

1-b. fire safe

Not like wood framing house, steel and foam do not spread fire and smoke.

1-c. strength
This process provides UL rated steel. Steel and foam would built stronger, long lasting house which nobody never have to worry about termites in the years and years to come.

2. The progresses

All the equipments are ordered from China. One sets is to manufacture foam which would supply the construction foam for the wall panel manufacturer and the roof manufacture. Second equipment is for the wall panel making. The third one is for the roofing.



2-a: Foam making








2-b: Roof making Machine



Sample roof



YX35 153 750 展开宽度1000



YX40 161 183 展开宽度1000



YX35 125 750 展开宽度1000    YX35 125 875 展开宽度1200



YX35 333 3 1000 展开宽度1200



YX10 330 660 展开宽度1000



YX16 180 720 展开宽度1000



YX25 205 820(展开宽度1000);YX25 205 1025(展开宽度1200)



YX28-205-820(展开宽度1000)



YX25 210 840(展开宽度1000)



YX76 305 610 展开宽度914

YX51 380 760 展开宽度1000

Finished housing









2-c: Building panel making

