

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| vs. | ) | DOCKET NO.: CR-06-00104 |
| | ) | |
| Qiyao Yuan | ) | |

## ORDER

The U.S. Probation Office completed and disclosed the Presentence Report on July 31, 2006.

The probation officer reported that a copy of the form entitled, "Receipt and Acknowledgment of Presentence Investigation Report" was not executed by counsel for the government.

Accordingly, it is by the Court, this 23rd day of August, 20 06,

**ORDERED,** that within five days of the date of this Order, counsel for the government shall execute the receipt and acknowledgment form and counsel for the government shall hand-deliver the same to the U.S. Probation Office.

_____
**ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE**

August 23, 2006
_____
**DATE**