UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO. 06-104 (ESH) |
| v. | : | |
| | : | |
| QIYAO YUAN, a.k.a. "Charlie" | : | |
| | : | |
| Defendant. | : | |
| | : | |
| | : | |

**UNOPPOSED MOTION TO CONTINUE SENTENCING**

The United States of America ("the government") through undersigned counsel, the United States Attorney for the District of Columbia ("USAO"), moves the Court to continue the sentencing in this case for several weeks from September 6, 2006 until a date in October 2006 convenient with the Court and counsel. The government seeks this continuance, and the defense does not oppose, because it appears that the defendant may have material information helpful to an unrelated ongoing criminal investigation into a real estate fraud scheme in the District of Columbia. The government would like to have agents from the Federal Bureau of Investigation and Internal Revenue Service interview the defendant on this matter as soon as possible in the next two to three weeks, and prior to his sentencing. The real estate fraud investigation is important in that it victimized numerous elderly homeowners or the relatives of deceased homeowners over the period of several years.

The government submits that if the defendant has material information helpful to the real estate fraud investigation, it will inform the Court during allocution at sentencing. The Court can then determine the relevance of such assistance to the defendant's sentence in this case. If

the defendant has no such information, the government will likewise inform the Court. The government submits that it is preferable to investigate this matter prior to the sentencing of the defendant in this case if at all possible.

    For these reasons, the government respectfully requests that the unopposed motion to continue sentencing be granted and that both government and defense counsel contact the Court's chambers to re-schedule the sentencing at a convenient date in or around October 2006.

        Respectfully submitted,

        KENNETH L. WAINSTEIN
        United States Attorney
        for the District of Columbia
        D.C. Bar No. 451058

By: _____
        JOHN CARLIN
        Assistant U.S. Attorney
        Computer Hacking and Intellectual Property Unit
        555 4th Street, N.W.
        Washington, D.C. 20530
        202-353-2457

_____
CORBIN WEISS
Senior Counsel, U.S. Department of Justice
Computer Crime & Intellectual Property Section

Dated: August 31, 2006

**COPIES TO:**

**Counsel for the Government**

John Carlin
Assistant U.S. Attorney
for the District of Columbia
555 Fourth Street, N.W.
Washington, D.C. 20530
Phone: (202) 353-2457
E-mail: John.Carlin@usdoj.gov


**Counsel for the Defendant**

G. Allen Dale, Esq.
601 Pennsylvania Avenue, NW
Suite 900, South Building
Washington, D.C. 20004