UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 06-104-01 (ESH) |
| v. : | |
| : | |
| QIYAO YUAN, a.k.a. : | |
| "Charlie" : | |
| : | |
| Defendant. : | |
| : | |
| _____ : | |

## ORDER

**WHEREUPON,** the government having filed an Unopposed Motion to Continue Sentencing, and the Court having considered the arguments in favor of a continuance,

**IT IS HEREBY ORDERED** that:

The date for the sentencing of defendant Qiyao Yuan, a.k.a. "Charlie," will be continued from September 6, 2006 until a date in October 2006 to be determined by the Court's chambers and counsel.

_____
Judge Ellen S. Huvelle.
United States District Judge

**Dated: _____**

**COPIES TO:**

**Counsel for the Government**

John Carlin
Assistant U.S. Attorney
for the District of Columbia
555 Fourth Street, N.W.
Washington, D.C. 20530
Phone: (202) 353-2457
E-mail: John.Carlin@usdoj.gov


**Counsel for the Defendant**

G. Allen Dale, Esq.
601 Pennsylvania Avenue, NW
Suite 900, South Building
Washington, D.C. 20004