UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No.: 06-0104-01 (ESH) |
| ) | |
| QIYAO YUAN, ) | |
| ) | |
| Defendant. ) | |

### ORDER

This matter comes before the court on motion of the Defendant seeking a clarification of the sentence imposed on October 13, 2006. Based upon the motion and the entire record in this case, it is by this court this ___ day of October, 2006,

**ORDERED** that the Defendant's motion be and the same hereby is granted; and it is

**FURTHER ORDERED** that the clerk amend the judgment and commitment order to reflect a period of three years probation conditioned upon the first 12 months being served in a half way house.

**SO ORDERED.**

_____        _____
Date                                                     Ellen Segal Huvelle
                                                              Judge, United States District Court

1