PACTS#: 19100                                USM#: 28702-016

# Disposition Form
## U.S. Probation Office
## United States District Court for the District of Columbia

Defendant's Name: Ziyao Yvan          Docket No.: CR-06-104-01
Judge/Magistrate: Ellen Huvelle        Date of Sentencing: October 13, 2006
                                        Date of Plea/Verdict: May 25, 2006

**SENTENCE**

Custody: 12 months

TSR: 2 years

Probation: _____

Special Assessment: $100

Fine: Amount $_____ Payment Schedule: $_____ /per month

Restitution: Amount $_____ Payment Schedule: $_____ /per month

Waiver of Interest:   ☐ Yes  or  ☐ No

**Special Conditions:** Community Service ____ Hrs  (DNA Testing)  Drug Treatment  Drug Testing Only
(Circle Each)
(Financial Disclosure)  Mental Health Tx  No New Credit  Vocational Trg.  (Firearms Prohibition)

Other Conditions: Removal (no illegal reentry); court recommends placement in a half-way house if necessary

Case Sealed: ☐ Yes or ☒ No    MDT: ☐ Required or ☐ Waived    Voluntary Surrender: ☒ Yes or ☐ No
                                                              Imprisonment Start Date: _____

### SENTENCING DATA FOR U.S. DISTRICT COURT
(Most Serious Count)

| | | Justification for Sentence if Outside of Guideline Range: |
|---|---|---|
| Offense (Title & Section) | 18 USC 371 | |
| Drug Type | n/a | |
| Drug Quantity | n/a | |
| Offense Level | 13 | |
| Criminal History Category/Points | I / 0 | **Departures Information:** ☐ Above Guidelines  ☐ Below Guidelines  ☒ No Departure  ☐ Non Guideline Report |
| Guideline Range | 12 to 18 months | |
| Plea ☒ or Verdict ☐ | 12 to 18 months | |
| Mandatory Minimum ☐ Yes or ☒ No | | |

Officer's Signature: _____ (Moses-Gregory)

Revised: 2/16/06

White - FILE    Blue - CCC PO    Green - USPO    Canary - SUSPO    Pink - DCUSPO    Gold - IRM DOA