UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

OCT 19 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Criminal No. 06-0104 (ESH) |
| QIYAO YUAN, | ) |
| Defendant. | ) |

## ORDER

In response to defendant's Motion to Clarify Sentence, the Court is not willing to change the sentence it imposed. The Court intended and did impose a sentence, consistent with the Guidelines, of twelve months imprisonment. If the Bureau of Prisons is able to have the defendant serve his sentence in a halfway house, the Court recommends placement therein.

In short, there was no technical error at sentencing, and defendant's motion is **DENIED** to the extent it requests a change in the Court's sentence.

**SO ORDERED.**

_____
ELLEN SEGAL HUVELLE
United States District Judge

Date: October 19, 2006