HONORABLE ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ORDER TO SURRENDER

**FILED**

UNITED STATES OF AMERICA

NOV 0 9 2006

vs.

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Qiyao Yuan                Docket No.: CR-06-104-01

TO:    DIRECTOR, FEDERAL BUREAU OF PRISONS

It is hereby **ORDERED** that  Qiyao Yuan  having been sentenced, on October 13, 2006, in the above case to the custody of the Bureau of Prisons, surrender himself to the Bureau of Prisons by reporting to Moshannon Valley CI , in Philipsburg, PA  by 2 p.m., on November 22, 2006 .

_11/8/06_
Date

_C SHurk_
ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE

**ACKNOWLEDGMENT:** I agree to report as directed in this Order and understand that if I fail to do so, I may be cited for Contempt of Court, and if convicted of this offense, may be punished by imprisonment or fine, or both.

_Debra Taylor_
**ATTORNEY/U.S. PROBATION OFFICER**

x _____
**DEFENDANT**

Revised 6-2004