UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Criminal No. 06-104 (ESH) |
| v. | : | Mag No. 05-599 |
| QIYAO YUAN, | : | |
| Defendant. | : | |

**GOVERNMENT'S UNOPPOSED MOTION TO RETURN PASSPORT**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully requests that this Court order Pretrial Services Agency to return passports belonging to the defendant. In support of its motion, the government states as follows:

1. The defendant was arrested on November 10, 2005.

2. According to FBI and Pretrial Services Agency ("PSA") records, on March 30, 2006, a representative of PSA accepted four passports belonging to the defendant from the FBI case agent (who had obtained the passports in the execution of a search warrant). On February 1, 2008, PSA confirmed that they have possession of the passports.

3. On May 24, 2006, the defendant pleaded guilty. On October 13, 2006, this Court sentenced the defendant to one year in jail and recommended half-way house placement. The defendant surrendered on November 22, 2006 and served his time in jail; the Bureau of Prisons did not follow the Court's recommendation as to half-way house placement. Currently, the defendant remains detained pending deportation proceedings.

4. Upon information and belief, the defendant wishes to waive deportation proceedings and voluntarily leave the United States. In order to expedite the process, the defendant requests the use of his passports.

5. According to a representative of PSA, the passports will only be released upon Court

order.

6. On February 1, 2008, Supervising U.S. Probation Officer Anthony Hill informed the below-listed AUSA that Probation takes no position on this motion.

7. The defense and the government agree to this request.

Conclusion

The government respectfully requests that this Court order PSA to return the defendant's passports.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
for the District of Columbia

By:     /s/_____
VIRGINIA CHEATHAM
Assistant U.S. Attorney
Bar No. 411980
Virginia.cheatham@usdoj.gov
555 4th Street, N.W.
Washington, D.C.  20530
(202) 514-9732

CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of February 2008, a copy of the foregoing Government's Motion and proposed Order has been sent via electronic case filing to: counsel for the defendant Qiyao Yuan, G. Allen Dale.

_____/s/_____
Virginia Cheatham
Assistant U.S. Attorney