# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | **:** | **Criminal No. 06-104 (ESH)** |
| | **:** | |
| **v.** | **:** | **Mag No. 05-599** |
| | **:** | |
| **QIYAO YUAN,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

## <u>ORDER</u>

Upon consideration of the government's unopposed Motion to return passports to the defendant and other good cause shown, it is this ___ day of February, 2008:

ORDERED, that Pretrial Services Agency shall release the above-captioned defendant's passports to him or his representative or attorney immediately.

_____
U.S. District Court Judge


copies to:

G. Allen Dale, Esq.
601 Pennsylvania Avenue, NW
Suite 900, North Building
Washington, DC 20004

Virginia Cheatham
Assistant U.S. Attorney
555 4th Street, NW
Washington, D.C. 20530

Pretrial Services Agency