**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

FILED
FEB 0 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Criminal No. 06-104 (ESH) |
| | : | |
| v. | : | Mag No. 05-599 |
| | : | |
| QIYAO YUAN, | : | |
| | : | |
| Defendant. | : | |

### ORDER

Upon consideration of the government's unopposed Motion to return passports to the defendant and other good cause shown, it is this 1 day of February, 2008:

ORDERED, that Pretrial Services Agency shall release the above-captioned defendant's passports to him or his representative or attorney immediately.

_____
U.S. District Court Judge

copies to:

G. Allen Dale, Esq.
601 Pennsylvania Avenue, NW
Suite 900, North Building
Washington, DC 20004

Virginia Cheatham
Assistant U.S. Attorney
555 4th Street, NW
Washington, D.C. 20530

Pretrial Services Agency